*Leffert Holz* and *Herman Schrier* for appellant.

*Denis M. Hurley, Corporation Counsel* (*Edith I. Spivack* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.

In the Matter of 649 MADISON AVENUE CORPORATION, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [649–651 Madison Ave., Borough of Manhattan.]

Argued October 21, 1953; decided December 3, 1953.

*Eugene J. Schwartz* for appellant.

*Denis M. Hurley, Corporation Counsel* (*Edith I. Spivack* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FREDERICK ALEXANDER, Appellant.

Argued October 22, 1953; decided December 3, 1953.